## Van Syckel's Trust.

348

Argued April 25, 1935.  Before Frazer, C. J., Simpson, Kephart and Drew, JJ.

350

*A. Archer Cross,* with him *J. Ambler Williams,* for appellant.

PER CURIAM, June 29, 1935:

The learned president judge of the court below has correctly stated the legal principles applicable to this case, and his opinion is accordingly adopted by us in affirming the order and decree.

The order and decree is affirmed at appellant's costs.